**PENN MUTUAL LIFE INSURANCE COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 6046.

Circuit Court of Appeals, Third Circuit.

Oct. 28, 1937.

Robert Dechert, of Philadelphia, Pa., for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key, Norman D. Keller, and Edward H. Horton, Sp. Assts. to Atty. Gen., for respondent.

Before THOMPSON and BIGGS, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM.

The issues presented in the case at bar are identical with those in Penn Mut. Life Ins. Company v. Commissioner of Internal Revenue (C.C.A.) 92 F.2d 962. In view of our full discussion of the issues in the opinion filed in that case, we deem a lengthy opinion unnecessary. We therefore remand this case to the Board of Tax Appeals, with instructions to redetermine

the tax deficiences of the taxpayer for the year in question in accordance with the principles of law enunciated in the cited case.